UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOL ANGGY GIL BLANCO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, Warden, et al.,<br><br>Respondents. | Case No.: 1:26-cv-01807-JLT-SKO (HC)<br><br>ORDER GRANTING PETITIONER'S FIRST REQUEST FOR EXTENSION OF TIME<br><br>[Doc. 13]<br><br>[10-DAY DEADLINE] |

Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On March 25, 2026, Petitioner submitted a request for an extension of time to file a reply to Respondent's objections. (Doc. 13.) Good cause having been presented and good cause appearing therefor, Petitioner is GRANTED ten (10) days from the date of service of this order to file a reply to objections.

IT IS SO ORDERED.

Dated:   **March 26, 2026**                                    /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

1