UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOL ANGGY G. B.,<br>A-Number: 241-872-039<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER CHESTNUT, et al.,<br><br>Respondents. | No. 1:26-cv-01807 JLT SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(Doc. 11)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO RELEASE PETITIONER, ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Sol Anggy G. B. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 16, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition and release petitioner. (Doc. 11.) The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 10 days. (Doc. 11.) On March 25, 2026, Respondents filed objections. (Doc. 12.) On April 3, 2026, Petitioner filed a response to Respondents' objections. (Doc. 15.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Respondents' objections and Petitioner's reply, the Court concludes the Findings and Recommendations are supported by the record and

1

proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.    The Findings and Recommendations issued on March 16, 2026, (Doc. 11), are **ADOPTED** in full.

2.    The petition for writ of habeas corpus is **GRANTED**.

3.    Respondents are **ORDERED TO RELEASE** Petitioner immediately.

4.    Respondents are **ENJOINED**[1] from re-detaining Petitioner unless her re-detention is ordered at a custody hearing before a neutral arbiter where the government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a flight risk or danger to the community.

5.    The Clerk of Court is directed to serve the California City Detention Center with a copy of this Order and to thereafter enter judgment and close the case.

IT IS SO ORDERED.

Dated:   **April 6, 2026**

UNITED STATES DISTRICT JUDGE

---

[1] If legally sufficient circumstances justify arrest without notice in advance, a post-deprivation hearing consistent with the requirements set forth here SHALL be provided within seven days of the arrest. Alternatively, if Petitioner becomes subject to a final order of removal and Petitioner receives notice of such order, Respondents may detain Petitioner for the sole and limited purpose of executing removal. In this event, Respondent's SHALL provide a bond hearing in the timeframe required by law.

2